AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

STEVAN JOHNSON

**SUMMONS IN A CIVIL CASE**

V.

CONTINENTAL AIRLINES, INC.

CASE

**04 cv 10902 PBS**

TO: (Name and address of Defendant)

Continental Airlines, Inc.
C/O CT Corporation System
101 Federal Street
Boston, Massachysetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stevan E. Johnson
P.O. Box 121
Boston, MA 02117

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

*Pat Russo*

(By) DEPUTY CLERK

DATE  5-6-04

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 5/6/04 |
| NAME OF SERVER (PRINT)  Stevan E. Johnson | TITLE | Pro Se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): United States Postal Service, Certified Return Receipt Requested # 7003 2260 0004 2621 4029

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | U.S.P.S. Certified Return Receipt Req | $5.11 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 6, 2004     _____
              Date                    Signature of Server

P.O. Box 121 • Boston, Massachusetts 02117
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CIVIL ACTION NO. 04 CV 10902 (PBS)

## UNITED STATES POSTAL SERVICE CERTIFICATE OF MAILING

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.06 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.11 |

UNIT ID: 0109

Sent To: Continental Airlines, Inc. c/o CT Corporation System
Street, Apt. No.; or PO Box No.: 101 Federal Street
City, State, ZIP+4: Boston, Massachusetts 02110

PS Form 3800, June 2002           See Reverse for Instructions

7003 2260 0004 2621 4029