UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVAN JOHNSON,<br>　　　　Plaintiff,<br>v.<br><br>CONTINENTAL AIRLINES<br>CORPORATION<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No: 04-10902 (PBS)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR A TWO-WEEK
EXTENSION TO RESPOND TO THE COMPLAINT**

　　Defendant, Continental Airlines Corporation ("Continental"), hereby moves for a two-week extension to file a responsive pleading to the complaint of plaintiff, Stevan Johnson ("Johnson").  As grounds for this Motion, Continental states that it received service of the above-captioned complaint on May 10, 2004, making its response due June 1, 2004.  Certain persons working at Continental who need to review its responsive pleading are unavailable and out of their office for the next week.

　　WHEREFORE, Continental requests that this Motion be granted and that Continental have up to, and including, June 15, 2004 to respond to the above-captioned complaint.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CONTINENTAL AIRLINES, INC.

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Rosin
　　　　　　　　　　　　　　　　　　David S. Rubin, BBO # 546213
　　　　　　　　　　　　　　　　　　Jeffrey M. Rosin, BBO #629216
　　　　　　　　　　　　　　　　　　Epstein, Becker & Green, P.C.
　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　Boston, MA 02199
Dated: May 28, 2004　　　　　　　　(617) 342-4000

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 7.1**

I, Jeffrey M. Rosin, hereby certify that, on this 28th day of May 2004, and in light of there being no telephone number that I know of to reach plaintiff, Stevan Johnson, I sent a letter to Mr. Johnson notifying him of Continental's intention to file this Motion.

I also certify that, on this 28th day of May, 2004, I served a copy of this Motion by First Class Mail to *pro se* plaintiff:

>Stevan E. Johnson
>P.O. Box 121
>Boston, MA 02117

/s/ Jeffrey M. Rosin
Jeffrey M. Rosin