UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVAN JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>CONTINENTAL AIRLINES<br>CORPORATION<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No: 04-10902 (PBS)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant, Continental Airlines, Inc., hereby discloses the following corporate information:

Continental Airlines, Inc. is a publicly traded corporation organized and existing under the laws of the State of Delaware. There are no publicly traded corporations which own more than ten percent of Continental Airlines, Inc. stock.

                                              Respectfully submitted,

                                              CONTINENTAL AIRLINES, INC.

                                              By its attorneys,

                                              /s/: Jeffrey M. Rosin
                                              David S. Rubin, BBO # 546213
                                              Jeffrey M. Rosin, BBO #629216
                                              Epstein, Becker & Green, P.C.
                                              111 Huntington Avenue
                                              Boston, MA 02199
                                              (617) 342-4000

Dated: June 14, 2004

2

**<u>CERTIFICATE OF SERVICE</u>**

  I, Jeffrey M. Rosin, hereby certify that, on this 14th day of June, 2004, I served a copy of this Disclosure Statement by First Class Mail to *pro se* plaintiff:

  Stevan E. Johnson
  P.O. Box 121
  Boston, MA 02117

         /s/: Jeffrey M. Rosin
         Jeffrey M. Rosin