UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JUN 16  P 12: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEVAN JOHNSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Action No: 04-10902 (PBS) |
| CONTINENTAL AIRLINES CORPORATION | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David S. Rubin hereby enters his appearance as counsel for Defendant, Continental Airlines Corporation, in the above-captioned matter.

Respectfully submitted,

CONTINENTAL AIRLINES CORPORATION
By its attorneys,

David S. Rubin (BBO #546213)
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Ave.
Boston, MA 02199
(617) 342-4000

Dated: June 14, 2004.

BO:125589v1

## CERTIFICATE OF SERVICE

I, David S. Rubin, hereby certify that, on this 14th day of June, 2004, I served a copy of attached pleading by First Class Mail to *pro se* plaintiff:

>Stevan E. Johnson
>P.O. Box 121
>Boston, MA 02117

_____
David S. Rubin