UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV -3  P 2: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEVAN JOHNSON,

    Plaintiff,

v.

    Civil Action No: 04-10902 (NMG)

CONTINENTAL AIRLINES
CORPORATION

    Defendant

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the undersigned party and its counsel hereby certify that they have (i) considered the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 and (ii) discussed the nature and basis of the Plaintiff's claims and defenses as well as the budget for the costs of conducting the various courses and alternative courses of this litigation and the possible schedules attendant thereto.

Louis K. Obdyke
Senior Labor & Employment Attorney
Continental Airlines, Inc.
1600 Smith Street, 41st Floor
Houston, TX 77002

David S. Rubin, BBO # 546213
Jeffrey M. Rosin, BBO #629216
Epstein, Becker & Green, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: November 3, 2004