UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stevan Johnson
            Plaintiff

V.

Contitnental Airlines Corp.,
            Defendant

CIVIL ACTION

NO.  04-10902

ORDER OF DISMISSAL

Gorton,  D. J.

In accordance with the Court's Memorandum and Order dated  1/14/05  granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

1/18/05
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismmemo.ord - 09/92)                                                                                          [odism.]