UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVAN JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL AIRLINES<br>CORPORATION<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No: 04-10902(NMG)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ALTER
OR AMEND JUDGMENT AND CONSOLIDATE TWO SIMILAR ACTIONS**

　　The defendant, Continental Airlines Corporation, hereby opposes the plaintiff's Motion to Alter or Amend Judgment and Consolidate Two Similar Actions as said motion is merely an attempt to obtain reconsideration of the Court's Order of Dismissal.  Therefore, the defendant contends that the plaintiff's motion should be denied.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CONTINENTAL AIRLINES, INC.

　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　/s/: David S. Rubin
　　　　　　　　　　　　　　　　　　　David S. Rubin, BBO # 546213
　　　　　　　　　　　　　　　　　　　Jeffrey M. Rosin, BBO #629216
　　　　　　　　　　　　　　　　　　　Epstein, Becker & Green, P.C.
　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02199
　　　　　　　　　　　　　　　　　　　(617) 342-4000

Dated:　January 31, 2005

## CERTIFICATE OF SERVICE

    I, David S. Rubin, hereby certify that, on this 31st day of January 2005, I served a copy of this Opposition by First Class Mail to *pro se* plaintiff:

    Stevan E. Johnson
    P.O. Box 121
    Boston, MA  02117

    _____
    David S. Rubin