UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVAN JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONTINENTAL AIRLINES )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No: 04-10902 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Elizabeth S. Torkelsen hereby enters her appearance as counsel for Defendant, Continental Airlines Corporation, in the above-captioned matter.

        Respectfully submitted,

        CONTINENTAL AIRLINES CORPORATION
        By its attorneys,


        /s/ Elizabeth S. Torkelsen
        Elizabeth S. Torkelsen (BBO #562089)
        EPSTEIN BECKER & GREEN, P.C.
        One Landmark Square
        Suite 1800
        Stamford, Connecticut 06901
        (203) 348-3737

Dated: February 28, 2005

ST:31816v1

- 2 -

## CERTIFICATE OF SERVICE

      I, Elizabeth S. Torkelsen, hereby certify that, on this 28th day of February, 2005, I served a copy of attached appearance by First Class Mail to *pro se* plaintiff:

    Stevan E. Johnson
    P.O. Box 121
    Boston, MA 02117

                                      /s/ Elizabeth S. Torkelsen
                                       Elizabeth S. Torkelsen