UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVAN JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL AIRLINES<br>CORPORATION<br><br>　　　　Defendant. | Civil Action No: 04-10902 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that David S. Rubin, Esq. and Jeffrey M. Rosin, Esq., formerly of Epstein Becker & Green, P.C., hereby enter their withdrawal as counsel for defendant Continental Airlines Corporation.

　　　　　　　　　　　　　　　　　　/s/: David S. Rubin
　　　　　　　　　　　　　　　　　　David S. Rubin, BBO No. 546213
　　　　　　　　　　　　　　　　　　Jeffrey M. Rosion, BBO No. 629216
　　　　　　　　　　　　　　　　　　Foley & Lardner, LLP
　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02199
　　　　　　　　　　　　　　　　　　(617) 342-4000

Dated: February 2, 2005

BO:142861v1

- 2 -

## CERTIFICATE OF SERVICE

    I, Elizabeth S. Torkelsen, hereby certify that, on this 28th day of February, 2005, I served a copy of attached notice by First Class Mail to *pro se* plaintiff:

    Stevan E. Johnson
    P.O. Box 121
    Boston, MA 02117

                        /s/ Elizabeth S. Torkelsen
                        Elizabeth S. Torkelsen