THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR -4 P 4:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEVAN JOHNSON  Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No.: 04-10902(NMG) |
| CONTINENTAL AIRLINES, INC.,  Defendant. | ) ) ) ) ) ) |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Stevan Johnson, in the above-captioned matter, hereby appeals to the United States Court of Appeal for the First Circuit the Order of the United States District Court entered on February 2, 2005 (Gorton, J.) denying Plaintiff's Motion to Alter or Amend the Courts Order of Dismissal entered on January 18, 2005.

Respectfully Submitted,

*[signature]*
Stevan E. Johnson
P.O. Box 121
Boston, Massachusetts 02117
*Pro Se*

Dated: March 3, 2005