UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10902

Stevan Johnson

v.

Continental Airlines, Inc.,

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/4/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 8, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/9/05.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10902-NMG

Johnson v. Continental Airlines, Inc.
Assigned to: Judge Nathaniel M. Gorton
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 05/06/2004
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Stevan Johnson**             represented by  **Stevan Johnson**
P.O. Box 121
Boston, MA 02117
PRO SE

V.

**Defendant**

**Continental Airlines, Inc.**   represented by  **David S. Rubin**
Foley & Lardner LLP
111 Huntington Ave
Boston, MA 02199
617-342-4000
Fax: 617-342-4001
Email: dsrubin@foley.com
*TERMINATED: 02/28/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Elizabeth S. Torkelsen**
Epstein Becker & Green PC
(CT)

One Landmark Square
Suite 1800
Stamford, CT 06901
203-326-7430
Fax: 203-324-9291
Email: etorkels@ebglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Jeffrey M. Rosin**
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4076
Fax: 617-342-4001
Email: jrosin@foley.com
*TERMINATED: 02/28/2005*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 55703, filed by Stevan Johnson.(Patch, Christine) (Entered: 05/07/2004) |
| 05/06/2004 |  | Summons Issued as to Continental Airlines, Inc.. (Patch, Christine) (Entered: 05/07/2004) |
| 05/06/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Patch, Christine) (Entered: 05/10/2004) |
| 05/06/2004 | 2 | SUMMONS Returned Executed Continental Airlines, Inc. served on 5/6/2004, answer due 5/26/2004. (Patch, Christine) (Entered: 05/11/2004) |

| | | |
|---|---|---|
| 05/26/2004 | 4 | AMENDED COMPLAINT against Continental Airlines, Inc. , filed by Stevan Johnson.(Patch, Christine) (Entered: 06/01/2004) |
| 05/28/2004 | 3 | First MOTION for Extension of Time to June 15, 2004 to RespondtoComplaint by Continental Airlines, Inc..(Rosin, Jeffrey) (Entered: 05/28/2004) |
| 06/01/2004 |  | Judge Patti B. Saris: ELECTRONIC ORDER entered allowing 3 First MOTION for Extension of Time to June 15, 2004 to Respond to Complaint. ALLOWED. RESPONSE TO COMPLAINT DUE JUNE 15, 2004. (Alba, Robert) (Entered: 06/01/2004) |
| 06/14/2004 | 5 | CORPORATE DISCLOSURE STATEMENT by Continental Airlines, Inc.. (Rosin, Jeffrey) (Entered: 06/14/2004) |
| 06/14/2004 | 6 | MOTION to Dismiss *Or, Alternatively, For Summary Judgment and Request for Euitable Relief* by Continental Airlines, Inc..(Rosin, Jeffrey) (Entered: 06/14/2004) |
| 06/14/2004 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss *Or, Alternatively, For Summary Judgment and Request for Euitable Relief* filed by Continental Airlines, Inc.. (Attachments: # 1 Exhibit Exhibits 1-13 of Memorandum)(Rosin, Jeffrey) (Entered: 06/14/2004) |
| 06/14/2004 | 8 | AFFIDAVIT of Katherine J. Churchill in Support re 6 MOTION to Dismiss *Or, Alternatively, For Summary Judgment and Request for Euitable Relief* filed by Continental Airlines, Inc.. (Rosin, Jeffrey) Additional attachment(s) added on 6/15/2004 (Patch, Christine). (Entered: 06/14/2004) |
| 06/14/2004 | 9 | AFFIDAVIT of Christina Garcia in Support re 6 MOTION to Dismiss *Or, Alternatively, For Summary Judgment and Request for Euitable Relief* filed by Continental Airlines, Inc.. (Rosin, Jeffrey) (Entered: |

| | | |
|---|---|---|
| | | 06/14/2004) |
| 06/16/2004 | 12 | NOTICE of Appearance by David S. Rubin on behalf of Continental Airlines, Inc. (Patch, Christine) (Entered: 06/29/2004) |
| 06/21/2004 | 10 | Opposition re 6 MOTION to Dismiss *Or, Alternatively, For Summary Judgment and Request for Euitable Relief* filed by Stevan Johnson. (Patch, Christine) (Entered: 06/25/2004) |
| 06/21/2004 | 11 | MOTION to Compel Defendant to Answer Plaintiff's Amended Complaint by Stevan Johnson.(Patch, Christine) (Entered: 06/25/2004) |
| 06/30/2004 | 13 | RESPONSE to Motion re 11 MOTION to Compel *Defendant to Answer Plaintiff's Amended Complaint* filed by Continental Airlines, Inc.. (Rosin, Jeffrey) (Entered: 06/30/2004) |
| 07/01/2004 | | Judge Patti B. Saris : Electronic ORDER entered denying 11 Motion to Compel Defendant to Answer Plaintiff's Amended Complaint. (Patch, Christine) (Entered: 07/02/2004) |
| 07/12/2004 | 14 | Case Reassigned to Judge Nathaniel M. Gorton. Judge Patti B. Saris no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Patch, Christine) (Entered: 07/13/2004) |
| 07/23/2004 | 15 | AFFIDAVIT of Stevan Johnson by Stevan Johnson. (Filo, Jennifer) (Entered: 07/30/2004) |
| 08/20/2004 | 16 | Response by Continental Airlines, Inc. to 15 Affidavit *of Steven Johnson*. (Rosin, Jeffrey) (Entered: 08/20/2004) |
| 09/16/2004 | 17 | NOTICE of Scheduling Conference Scheduling Conference set for 11/10/2004 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 09/16/2004) |

| | | |
|---|---|---|
| 11/03/2004 | 18 | Joint CERTIFICATION pursuant to Local Rule 16.1 by Continental Airlines, Inc. (Barrette, Mark) Additional attachment(s) added on 11/8/2004 (Barrette, Mark). (Entered: 11/08/2004) |
| 11/03/2004 | 19 | JOINT STATEMENT of counsel Pursuant To Local Rule 16(d). (Barrette, Mark) (Entered: 11/08/2004) |
| 11/10/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Scheduling Conference held on 11/10/2004. Court hears argument on motion to dismiss and summary judgment. Amendments to pleadings by 12/3/04, discovery completed by 5/31/05, written discovery 1/31/05, responses by 2/28/05, non-expert depositions by 3/31/05, any expert depositions completed 4/30/05. Any dispositive motions by 7/31/05, responses 8/30/05. Pretrial conference 10/11/05 at 3:00 p.m., jury trial 11/7/05. Counsel will consult with Continental re: any possibility of mediation. On or before 5/15/05 parties will submit joint status report re: mediation. (Court Reporter Owens.) (Nicewicz, Craig) (Entered: 11/10/2004) |
| 12/03/2004 | 20 | Supplemental AFFIDAVIT of Stevan Johnson by Stevan Johnson. (Barrette, Mark) (Entered: 12/13/2004) |
| 01/03/2005 | 21 | TRANSCRIPT of Hearing held on November 10, 2004 before Judge Gorton. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/04/2005) |
| 01/14/2005 | 22 | Judge Nathaniel M. Gorton : Electronic ORDER entered. MEMORANDUM AND ORDER. Defendant's motion to dismiss 6 is Allowed. Case is dismissed.(Nicewicz, Craig) (Entered: 01/18/2005) |
| | | |

| | | |
|---|---|---|
| 01/18/2005 | 23 | Judge Nathaniel M. Gorton : Electronic ORDER entered. ORDER DISMISSING CASE cc/cl (Nicewicz, Craig) (Entered: 01/18/2005) |
| 01/21/2005 | 24 | MOTION to Alter or Amend Judgment and Consolidate Two Similar Civil Actions re 22 Memorandum & ORDER by Stevan Johnson. (Barrette, Mark) (Entered: 01/31/2005) |
| 01/31/2005 | 25 | First Opposition re 24 MOTION re 22 Memorandum & ORDER *of dismissal* filed by Continental Airlines, Inc.. (Spencer, Erica) (Entered: 01/31/2005) |
| 01/31/2005 | 26 | MEMORANDUM in Support re 24 MOTION re 22 Memorandum & ORDER filed by Stevan Johnson. (Barrette, Mark) Additional attachment(s) added on 2/2/2005 (Barrette, Mark). (Entered: 02/02/2005) |
| 02/02/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 24 Motion amend or alter cc/cl (Nicewicz, Craig) (Entered: 02/02/2005) |
| 02/28/2005 | 27 | NOTICE of Appearance by Elizabeth S. Torkelsen on behalf of all defendants (Torkelsen, Elizabeth) (Entered: 02/28/2005) |
| 02/28/2005 | 28 | NOTICE of Withdrawal of Appearance Attorney Jeffrey M. Rosin and David S. Rubin terminated. (Torkelsen, Elizabeth) (Entered: 02/28/2005) |
| 03/04/2005 | 29 | NOTICE OF APPEAL as to Order on Motion for Miscellaneous Relief by Stevan Johnson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/24/2005. (Barrette, Mark) (Entered: 03/07/2005) |