SCANNED
DATE: 3-8-05
BY: CMG

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE

2005 MAR -7  P 4:44

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| STEVAN JOHNSON | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04-10902(NMG) |
| | ) | |
| CONTINENTAL AIRLINES, INC., | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Stevan E. Johnson, HEREBY CERTIFY, that a true copy of **PLAINTIFF'S NOTICE OF APPEAL** was served upon the attorney of record for the Defendant, Continental Airlines, Inc., by depositing same in the United States Mail, First Class on this the 5th day of March 2005 and addressed as follows:

Epstein, Becker & Green, P.C.
Attn: **Elizabeth S. Torkelsen, Esq.**
One Landmark Square, Suite 1800
Stamford, CT  06901

Stevan E. Johnson
P.O. Box 121
Boston, Massachusetts
02117