04-10902
05 DC/MA
Gorton, N.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1345

STEVAN JOHNSON

Plaintiff - Appellant

v.

CONTINENTAL AIRLINES CORPORATION

Defendant - Appellee

**JUDGMENT**
**Entered: July 13, 2005**

By notices issued on May 27, 2005 and June 17, 2005, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by July 1, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**
By:_____
Operations Manager

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk
Date: 8/3/05

[cc: Stevan Johnson, Elizabeth S. Torkelsen, Esq.]