UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| STEVAN JOHNSON,<br>        Plaintiff,<br><br>v.<br><br>CONTINENTAL AIRLINES, INC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No.: 04-10902(PBS) |

### STIPULATION

Plaintiff Stevan Johnson ("Johnson"), hereby, stipulates that THIS SUBMISSION shall be his last in the above-captioned matter, unless and until otherwise Ordered by the Court. Johnson further stipulates, that upon filing, with this Court by Defendant Continental Airlines, Inc. ("Continental"), of Johnson's written notice of termination from employment at Continental, from which a quote appears in a written correspondence Continental attorney Louis K. Obdyke caused to be transmitted by wire on August 17, 2001, *see Exhibit A hereto*, then this notice shall also serve as Johnson's assent to Continental's Motion for Sanctions filed on August 30, 2007.

Respectfully submitted,

*/s/ Stevan E. Johnson*
Stevan E. Johnson
Post Office Box 121
Boston, Massachusetts 02117

*Pro se*

December 24, 2007